IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 1 1 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| MARISSA MADERAZO, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | SA-06-CA-535-OG |
| VANGUARD HEALTH SYSTEMS a/k/a ) | |
| BAPTIST HEALTH SYSTEMS, et al ) | |
| ) | |
| Defendants ) | |

# ORDER

On this day, the Court considered the status of this case. The parties recently completed their discovery on the class certification issues and both parties have filed their post-discovery supplemental briefs on class certification. It is therefore ORDERED that this case is temporarily STAYED pending a ruling on class certification, which the Court will address at the earliest practicable time.

SIGNED and ENTERED this ___ day of January, 2008.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE