IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 21 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| MARISSA MADERAZO, ROSELIA POLLARD, and BARBARA MILES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VHS SAN ANTONIO PARTNERS, L.P. D/B/A BAPTIST HEALTH SYSTEMS, HCA INC., a/k/a METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD. L.L.P., and CHRISTUS SANTA ROSA HEALTH CARE CORP., <br><br> Defendants. | § § § § § § § § § § § § § § § § § | No. 5:2006-cv-00535-OG |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is plaintiffs and defendants Joint Stipulation of Dismissal with prejudice. For good cause shown, this case is DISMISSED WITH PREJUDICE.

Signed on January 21, 2020.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE